**SO ORDERED.**

**SIGNED this 04 day of February, 2010.**



_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-07331-8-SWH |
| | ) | |
| MELISSA L. KNIGHT | ) | |
| | ) | **CHAPTER 7 PROCEEDING** |
| | ) | |
| DEBTORS. | ) | |

### CONSENT ORDER TO TRANSFER CASE
### TO THE MIDDLE DISTRICT OF NORTH CAROLINA

This matter came before this court upon the motion of the Bankruptcy Administrator to transfer the debtor's Chapter 7 proceeding to the Middle District of North Carolina. The court finds that the Bankruptcy Administrator and the debtor agree that this proceeding should be adjudicated in the United States Bankruptcy Court for the Middle District of North Carolina. The court further finds that this motion states good cause.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above captioned proceeding is hereby transferred to the United States Bankruptcy Court for the Middle District of North Carolina.

      IT IS SO ORDERED

      Respectfully submitted by:

| | |
|---|---|
| /s/ C. Scott Kirk | /s/ John T. Orcutt |
| Staff Attorney | Attorney for Debtor |
| Bankruptcy Administrator | 6616-203 Six Forks Rd. |
| P.O. Box 3758 | Raleigh, NC  27615 |
| Wilson, NC 27895 | 919-847-9750 |
| (252) 237-6854 | postlegal@johnorcut.com |
| Scott_Kirk@nceba.uscourts.gov | |
| NC Bar No. 40349 | |

/s/ David M. Warren
Chapter 7 Trustee

      End of Document